```
 1  KAREN P. HEWITT
    United States Attorney
 2  TIMOTHY D. COUGHLIN
    Assistant U.S. Attorney
 3  California State Bar No. 144911
    Federal Office Building
 4  880 Front Street, Rm. 6293
    San Diego, California 92101
 5  Telephone: (619) 557-7044

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED
SEP 0 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER GARCIA DE LA PENA (5),<br>JOAQUIN GARCIA-RIVAS (6),<br><br>Defendants. | Criminal Case No. 05cr1629-L<br><br>**ORDER DISMISSING ORIGINAL INDICTMENT AS TO TWO DEFENDANTS AND RECALLING ARREST WARRANTS** |
|---|---|

UPON MOTION OF THE UNITED STATES, and good cause appearing,

IT IS HEREBY ORDERED that the original Superseding Indictment in the above referenced case is ordered dismissed as to defendants Javier Garcia De La Pena and Joaquin Garcia-Rivas, and the arrest warrants and/or any summons for defendants Javier Garcia De La Pena and Joaquin Garcia-Rivas are ordered recalled and cancelled. The charges in the indictment that are being dismissed are:

**Count 1**: Conspiracy to Import Schedule III Controlled Substances, to wit, anabolic steroids in violation of Title 21, United States Code, 952 (b), 960 (b)(4), and 963;

**Count 2**: Conspiracy to Distribute Schedule III Controlled Substances, to wit, anabolic steroids, in violation of Title 21, United States Code, Sections 846 and 841(a)(1);

**Count 3**: Conspiracy to Launder Money, in violation of Title 21, United States Code, Sections 956(h), 1956(a)(1)(A)(I) and 1956(a)(1)(B)(I); and

**Criminal Forfeiture:** Forfeiture Allegations, in violation of Title 21, United States Code, Sections 853(a)(1) and (a)(2) and 853(p), and Title 21, United States Code, Section 982.

This order shall not dismiss the Superseding Indictment against any remaining defendants and this order of dismissal shall be considered a final adjudication of the allegations in the Superseding Indictment as to defendants Javier Garcia De La Pena and Joaquin Garcia-Rivas.

IT IS SO ORDERED.

Dated: September 7, 2007

M. JAMES LORENZ
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

KAREN P. HEWITT
United States Attorney

TIMOTHY D. COUGHLIN
Assistant United States Attorney

Counsel for Plaintiff
United States of America

2