**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
07 SEP 24 AM 11: 51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JAVIER GARCIA DE LA PENA (5),<br><br>                Defendant. | CASE NO. 05CR1629-L<br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_XX_    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) of:

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 6, 2007

                                       M. JAMES LORENZ
                                       UNITED STATES DISTRICT JUDGE

                                       ENTERED ON _____